# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 15, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151439(62)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

PHILLIP JOSEPH SWIFT, a/k/a PHILLIP
JOSEPH SWIFT, JR.,
     Defendant-Appellant.

_____/

SC: 151439
COA: 318680
Wayne CC: 13-005130-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the due date for filing its answer, as directed by this Court in its April 6, 2016, order, is GRANTED. The answer will be accepted as timely filed if submitted on or before June 29, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 15, 2016



Clerk